**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAN ARENBERG, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., RENTGROW, INC. and APPFOLIO, INC., <br><br> Defendants. | **Civil Action No.:** 4:24-cv-00462-SDJ-BD <br><br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT RENTGROW, INC. ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff Dan Arenberg ("Plaintiff") and Defendant RentGrow, Inc. ("RentGrow"), collectively "the Parties," have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as to Defendant RentGrow only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED on this 8th day of January 2025.

By: */s/ McKenzie Czabaj*
McKenzie Czabaj, AZ Bar No. 036711
**CONSUMER JUSTICE LAW FIRM**
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Fax: (480) 613-7733
Email: mczabaj@consumerjustice.com

*Attorneys for Plaintiff Dan Arenberg*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Gracelyn Stewart*
Gracelyn Stewart