**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DAN ARENBERG** | § | |
| | § | |
| **v.** | § | **NO. 4:24-CV-00462-SDJ-BD** |
| | § | |
| | § | |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS, INC.**, *et al.* | § | |
| | § | |

**ORDER**

On January 28, 2025, the plaintiff filed a notice indicating that he and defendant Experian Information Solutions, Inc. have settled. Dkt. 31.

It is **ORDERED** that the parties submit to the court all documents necessary for final resolution of the settled claims within 45 days of this order. If that deadline is not met, the court may hold a hearing to determine which party is responsible for the delay. The court may then enter any order needed to ensure prompt resolution of the case.

It is **FURTHER ORDERED** that all deadlines as to Experian are **VACATED**.

So **ORDERED** and **SIGNED** this 3rd day of February, 2025.

_____

Bill Davis
United States Magistrate Judge